**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff,*
Kellie Gadomski

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELLIE GADOMSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**C B MERCHANT SERVICES D/B/A CREDIT BUREAU OF SAN JOAQUIN COUNTY,**<br><br>Defendant. | **Case No.:** 17-cv-676 TLN (AC)<br><br>**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>**HONORABLE TROY L. NUNLEY** |

///

///

Plaintiff KELLIE GADOMSKI ("Plaintiff") and Defendant CB MERCHANT SERVICES D/B/A CREDIT BUREAU OF SAN JOAQUIN COUNTY ("Defendant"), by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and Defendant hereby jointly move to dismiss this Action WITHOUT PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: June 3, 2019                                                                 **KAZEROUNI LAW GROUP, APC**

By: /s Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**CARLSON MESSER**

By: /s/ June D. Coleman
JUNE D. COLEMAN, ESQ.
ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant's respective legal counsels and that I have obtained their authorizations to affix their electronic signatures to this document.

Date: June 3, 2019                                                                 **KAZEROUNI LAW GROUP, APC**

By: /s Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Joint Stipulation to Dismiss Action without Prejudice Pursuant to Fed. R. Civ. P. 41(a)* has been filed this 12th day of June 2019, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

   /s/ Matthew M. Loker   
Matthew M. Loker