**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KELLIE GADOMSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**C B MERCHANT SERVICES D/B/A CREDIT BUREAU OF SAN JOAQUIN COUNTY,**<br><br>Defendant. | **Case No.:** 17-cv-676 TLN (AC)<br><br>**[PROPOSED] ORDER**<br><br>**HONORABLE TROY L. NUNLEY** |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _____     _____
                            HON. TROY L. NUNLEY
                            UNITED STATES DISTRICT JUDGE